IN THE DISTRICT COURT OF DOUGLAS COUNTY, NEBRASKA

JOHN M. FRIEND
JUL 10 2012

| | |
|---|---|
| TERENCE KUEHL, ) | Case No. CI 12-6304 |
| Plaintiff, ) | |
| vs. ) | COMPLAINT |
| JEFFERSON PILOT FINANCIAL and ) | |
| LINCOLN FINANCIAL GROUP, ) | ASSIGNED TO Derr |
| Defendants. ) | |

COMES NOW the Plaintiff and for his cause of action against the Defendants to allege and state as follows:

1. Plaintiff Terence Kuehl is a natural person residing in Douglas County, Nebraska.

2. Defendant, Jefferson Pilot Financial, is an insurance company that does business in Nebraska. Defendant, Lincoln Financial Group, is on information and belief, Jefferson Pilot Financial's successor, and it is an insurance company that does business in Nebraska.

3. Mike C. Kuehl was an insured on a policy owned by Terence Kuehl. Terence Kuehl was the beneficiary of said policy, which was duly issued by Defendants.

4. An insured event resulting in the loss of the insured life – Mike C. Kuehl, occurred in February, 2012.

5. Pursuant to the terms of the policy, Defendants were to invoice the owner of the policy. They failed to do so, resulting in an alleged non-payment of premium.

EXHIBIT
1

6. The alleged non-payment of premium was inadvertent, unintentional, and would not have occurred but for the Defendants failure to send invoices for the policy.

7. Notwithstanding the failure to invoice, the contract of insurance expressly provided that there was to be a default notice and a cure period so that the owner of the policy could maintain the same, specifically the policy of insurance provided, to wit, "We will notify YOU and any assignee of the minimum amount due at least 30 days before the end of the grace period. If the amount specified is not paid within the grace period, this policy will terminate without value at the end of such period."

8. Defendants failed to give notice of any default and failed to give notice of a grace period. In the event such notice had been given, Plaintiff would have promptly paid the required premiums to maintain the policy.

9. Plaintiff has other policies with the subject company and routinely was invoiced and did routinely pay the same. Plaintiff had the means to pay when due any premium charge that was invoiced and would have paid the same.

10. This was a variable life type policy with cash values, which kept the policy in effect for a time.

11. Plaintiff has been damaged by the failure of the insurance companies listed above as Defendants to pay in the following particulars, to wit:

   a. The amount of the policy, $250,000, which is the sum certain from the date of death in February of 2012.

   b. Interest at the prejudgment rate on such sum.

   c. Costs of the suit.

    d. Attorneys' fees as provided for in Chapter 44 and otherwise in the Statutes and common law of Nebraska.

## FIRST CAUSE OF ACTION

## BREACH OF CONTRACT

12. The forgoing paragraphs shall hereby be incorporated by reference.

13. The Plaintiff entered into an Agreement with Defendants.

14. This Agreement provided that Defendants would make a payment of $250,000 in the event of loss of life of the insured, Mike C. Kuehl.

15. Mike C. Kuehl lost his life in February of 2012.

16. Defendants have breached the Agreement, refusing to render payment owed.

17. Defendants failed to comply with the express terms of the Agreement.

## SECOND CAUSE OF ACTION

## BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

18. The forgoing paragraphs shall hereby be incorporated by reference.

19. Defendants had a duty to, in good faith, perform all duties and obligations under the Agreement.

20. Defendants had a duty to inform Plaintiff that the Agreement was going to lapse. Defendants failed to follow the express procedure of the Agreement and are now refusing to honor the terms of the Agreement.

21. On allegation of the Defendants, a condition under the Agreement may have failed, upon information and belief, as a direct result of action or inaction by Defendants.

22. As a direct and proximate result of Defendants' action or inaction, the Plaintiff's rights under the Agreement have been injured.

23. Defendants have directly interfered with the benefits Plaintiff was to receive under the Agreement and, as a result, Plaintiff has been damaged.

## THIRD CAUSE OF ACTION

### BAD FAITH

24. The forgoing recitals are incorporated by reference.

25. Defendants' actions evidence malice, gross negligence, and reckless disregard for Plaintiff's rights under the insurance Agreement.

26. The actions of the Insurer are in Bad faith, resulting in a negligent and intentional imposition of emotional distress to the plaintiff and causing an unnecessary cost in fees and otherwise.

27. As a result of Defendants' bad faith practices, bad faith denial of Plaintiff's claims, and failure to honor its obligations under his insurance policy, Plaintiff has suffered and will continue to suffer economic loss.

28. As a result of Defendants' bad faith practices, bad faith denial of Plaintiff's claims, and failure to honor its obligations under his insurance policy, Plaintiff has incurred legal fees and costs.

WHEREFORE, the Plaintiff prays for a judgment against Defendants for general and special damages both present and future, in an amount to be proven at trial but no less than of $250,000 plus prejudgment interest from February of 2012 and post judgment

interests, the costs of this action, expenses, attorneys' fees to the extent permitted at law including but not limited to Neb. Rev. Stat. § 44-359, recovery for emotional distress and such other relief as may be just, necessary, fair and equitable.

Respectfully submitted,
TERENCE KUEHL, Plaintiff,

By: _____
James D. Sherrets #15756
Robert S. Sherrets #24791
SHERRETS BRUNO & VOGT LLC
260 Regency Parkway Drive, #200
Omaha, NE 68114
Tele: (402) 390-1112
Fax: (402) 390-1163
law@sherrets.com
ATTORNEYS FOR THE PLAINTIFF

RECEIVED JUL 1 2 2012

| Image ID:      | **SUMMONS** | Doc. No.  134900 |
| D00134900D01   |             |                  |

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha                NE 68183

Terence Kuehl v. Jefferson Pilot Financial

Case ID: CI 12    6304

TO:   Lincoln Financial Group

You have been sued by the following plaintiff(s):

   Terence Kuehl

Plaintiff's Attorney:    James D Sherrets
Address:                 260 Regency Pkwy Dr., #200
                         Omaha, NE 68114

Telephone:               (402) 390-1112

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  JULY 11, 2012      BY THE COURT:  *John M. Friend*
                                         Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

   Lincoln Financial Group
   8801 Indian Hills Drive
   Omaha, NE 68114

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

| Image ID: | | |
|---|---|---|
| D00134899D01 | **SUMMONS** | Doc. No. 134899 |

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha                NE 68183

Terence Kuehl v. Jefferson Pilot Financial

Case ID: CI 12    6304

TO:   Jefferson Pilot Financial

**FILED BY**
Clerk of the Douglas District Court
07/11/2012

You have been sued by the following plaintiff(s):

   Terence Kuehl

Plaintiff's Attorney:   James D Sherrets
Address:                260 Regency Pkwy Dr., #200
                        Omaha, NE 68114

Telephone:              (402) 390-1112

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  JULY 11, 2012        BY THE COURT:   *John M. Friend*
                                            Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

   Jefferson Pilot Financial
   8801 Indian Hills Drive
   Omaha, NE 68114

Method of service:   Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

*** EFILED ***
Case Number: D01CI120006304
Transaction ID: 0000368097
Filing Date: 07/13/2012 02:45:38 PM CI

**SERVICE RETURN**

Doc. No.   134899

Douglas District Court
1701 Farnam
Omaha          NE 68183

To:
Case ID: CI 12   6304 Kuehl v. Jefferson Pilot Financial

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party: _____

by _____

as required by Nebraska state law.

Service and return    $ _____
Copy                              _____
Mileage ____ miles      _____
  TOTAL                $ _____

Date: _____    BY: _____
                              (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY:   Jefferson Pilot Financial

At the following address:   8801 Indian Hills Drive

          Omaha, NE 68114

on the  11  day of  July  2012 , as required by Nebraska state law.

                                James D. Sherrets

Postage $ 5.95    Attorney for:   Terence Kuehl

The return receipt for mailing to the party was signed on  July 12 , 2012 .

To: Jefferson Pilot Financial          From: James D Sherrets
    8801 Indian Hills Drive                  260 Regency Pkwy Dr., #200
                                             Omaha, NE 68114
    Omaha, NE 68114

**ATTACH RETURN RECEIPT & RETURN TO COURT**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jefferson Pilot Financial
   8801 Indian Hills Dr
   Omaha, NE 68114

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent / ☐ Addressee

B. Received by ( Printed Name)  Troy ~rkel
C. Date of Delivery  7-10-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)

   7009 1410 0000 5062 4058

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

7009 1410 0000 5062 4058

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Certified Fee    $
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees   $ 5.95

Sent To   Jefferson Pilot Financial
Street, Apt No.;
or PO Box No.  8801 Indian Hills Dr
City, State, Zip+4  Omaha, NE 68114

PS Form 3800, August 2006    See Reverse for Instructions

JUL 11 2012
ZIP CODE 68114





| | | |
|---|---|---|
| Image ID:<br>D00134899D01 | **SUMMONS** | Doc. No.   134899 |

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha            NE 68183

Terence Kuehl v. Jefferson Pilot Financial

Case ID: CI 12    6304

TO:  Jefferson Pilot Financial

You have been sued by the following plaintiff(s):

Terence Kuehl

Plaintiff's Attorney:   James D Sherrets
Address:                260 Regency Pkwy Dr., #200
                        Omaha, NE 68114

Telephone:              (402) 390-1112

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  JULY 11, 2012         BY THE COURT:  *John M. Friend*
                                             Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

Jefferson Pilot Financial
8801 Indian Hills Drive
Omaha, NE 68114

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

*** EFILED ***
Case Number: D01CI120006304
Transaction ID: 0000368075
Filing Date: 07/13/2012 02:43:34 PM CD
Doc. No. 134900

## SERVICE RETURN

Douglas District Court
1701 Farnam
Omaha                NE 68183

To:
Case ID: CI 12   6304 Kuehl v. Jefferson Pilot Financial

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party: _____

by _____

_____

_____

as required by Nebraska state law.

Service and return    $ _____
Copy                    _____
Mileage ____miles       _____
   TOTAL              $ _____

Date: _____   BY: _____
                                   (Sheriff or authorized person)

## CERTIFIED MAIL
## PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: __Lincoln Financial Group_____

At the following address: __8801 Indian Hills Drive_____

_____Omaha, NE 68114_____

on the __11__ day of __July_____ __2012__, as required by Nebraska state law.

                              James D. Sherrets
Postage $ _5.95_   Attorney for: _Terence Kuehl_

The return receipt for mailing to the party was signed on __July 12__, __2012__.

To: Lincoln Financial Group          From: James D Sherrets
    8801 Indian Hills Drive                260 Regency Pkwy Dr., #200
                                           Omaha, NE 68114
Omaha, NE 68114

**ATTACH RETURN RECEIPT & RETURN TO COURT**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lincoln Financial Group
   8801 Indian Hills Dr
   Omaha, NE 68114

2. Article Number
   *(Transfer from service label)*

   7009 1410 0000 5062 4041

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☒ Agent
                     ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
   Troy Merkel                    7/13/10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7009 1410 0000 5062 4041

| | |
|---|---|
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.75 |

Sent To  Lincoln Financial Group
Street, Apt No.; 8801 Indian Hills Dr
or PO Box No.
City, State, ZIP+4  Omaha, NE 68114

PS Form 3800, August 2006      See Reverse for Instructions

Postmark Here: JUL 11 2012  MAILED FROM ZIPCODE 68114



| | | |
|---|---|---|
| Image ID:<br>D00134900D01 | **SUMMONS** | Doc. No.   134900 |

IN THE DISTRICT COURT OF Douglas COUNTY, NEBRASKA
1701 Farnam
Omaha                    NE 68183


Terence Kuehl v. Jefferson Pilot Financial

Case ID: CI 12    6304


TO:  Lincoln Financial Group


You have been sued by the following plaintiff(s):

   Terence Kuehl


Plaintiff's Attorney:    James D Sherrets
Address:                 260 Regency Pkwy Dr., #200
                         Omaha, NE 68114

Telephone:               (402) 390-1112

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date:  JULY 11, 2012        BY THE COURT:   *John M. Friend*
                                             Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

   Lincoln Financial Group
   8801 Indian Hills Drive
   Omaha, NE 68114

Method of service:  Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.