# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRENCE KUEHL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV260 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JEFFERSON PILOT FINANCIAL and | ) | |
| LINCOLN FINANCIAL GROUP, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on the plaintiff's Motion to Amend (Filing No. 21) and Motion for Remand (Filing No. 11).  The plaintiff notes the defendants oppose the motion to amend.  Additionally, the plaintiff contends the motion to amend, which affects the identity of the defendants, is relevant to the arguments raised in the motion for remand.  Accordingly,

**IT IS ORDERED:**

1. The defendants shall have to **on or before October 10, 2012**, to respond to the plaintiff's Motion to Amend (Filing No. 21).

2. The plaintiff shall have to **on or before October 17, 2012**, to file a reply.

3. The parties' briefs should also address the affect of the proposed amendment on the Motion for Remand (Filing No. 11) and the applicability of 28 U.S.C. § 1332(c)(1) to the insurers in this case.

DATED this 27th day of September, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge