IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRENCE KUEHL, | ) | |
| | ) | 8:12-CV-00260 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JOINT STIPULATION |
| | ) | FOR DISMISSAL |
| THE LINCOLN NATIONAL LIFE | ) | |
| INSURANCE CO., an Indiana | ) | |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

COME NOW the parties and jointly stipulate that the above-captioned case should be dismissed, with prejudice, each party to bear its own fees and costs.

DATED this 23rd day of October, 2013.

| TERRENCE KUEHL, Plaintiff | THE LINCOLN NATIONAL LIFE INSURANCE CO., Defendant |
|---|---|
| By:  /s/ Diana J. Vogt | |
| James D. Sherrets, #15756 | By:        /s/ Steven D. Davidson |
| Diana J. Vogt, #19387 | Steven D. Davidson, #18684 |
| Robert D. Sherrets, #24791 | BAIRD HOLM LLP |
| SHERRETS BRUNO & VOGT LLC | 1500 Woodmen Tower |
| 260 Regency Parkway Drive, #200 | Omaha, NE 68102 |
| Omaha, NE 68114 | (402) 344-0500 |
| Tele: (402) 390-1112 | |
| Fax: (402) 390-1163 | Attorneys for Defendant |
| law@sherrets.com | |
| | |
| Attorneys for Plaintiff | |

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2013, I filed a true and correct copy of this document with the United States District Court for the District of Nebraska, using the EC/CMF electronic filing system, which will electronically serve a copy on all parties registered with this Court for electronic service. I further certify that I am not aware of any parties who are not registered with the electronic filing service.

                                                                                        s/ Diana J. Vogt

1