## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE KUEHL,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> THE LINCOLN NATIONAL LIFE  ) <br> INSURANCE CO., an Indiana  ) <br> Corporation,  ) <br> ) <br> Defendant.  ) | 8:12-CV-00260 <br><br> ORDER OF DISMISSAL <br> WITH PREJUDICE |

THIS MATTER having come on before this Court on the Joint Stipulation for Dismissal (Filing No. 76) filed by the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this matter be, and the same hereby is, DISMISSED, with prejudice, each party to bear its own fees and costs.

DATED this 23rd day of October, 2013.

                                                       BY THE COURT:

                                                       s/ Joseph F. Bataillon
                                                       United States District Judge